IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HARLIS WOODS,

    Plaintiff,

v.

DONALD GAETZ, JOE DURHAM, SEAN WOLTERS, JIMMY RYAN, TIMOTHY RAY, OFFICER HEUER, OFFICE BAKER, OFFICER V. SMITH, OFFICER CLOVIS and MONICA GREATHOUSE,

    Defendants.

Case No. 10-cv-870-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Harlis Woods' motion for execution and enforcement of a settlement agreement he reached with the defendants to conclude this case (Doc. 240). He states that as part of his settlement he would receive $1,000 but that he has not received this money in the more than seven months since this case concluded. In turn, the defendants have asked the Court to strike Woods' motion (Doc. 241) on the grounds that it was filed *pro se* and was not signed by Woods' attorney of record.

The Court **DISMISSES** Woods' motion (Doc. 241) for lack of jurisdiction. When the Court dismissed this case with prejudice without incorporating the terms of any settlement into the judgment, it lost jurisdiction to enforce the settlement agreement. *Hill v. Baxter Healthcare Corp.*, 405 F.3d 572, 576 (7th Cir. 2005) ("[A] case that is dismissed with prejudice is unconditional; therefore, it's over and federal jurisdiction is terminated."); *see Gautreaux v. Chicago Housing Auth.*, 491 F.3d 649, 655 (7th Cir. 2007). Any breach of a settlement agreement must be remedied not by approaching this Court in this case but by filing a breach of contract action. *Jessup v. Luther*, 277 F.3d 926, 929 (7th Cir. 2002) ("[O]nce a suit is dismissed with

prejudice the judge loses all power to enforce the terms of the settlement that may lie behind that dismissal. . . .   The settlement is just another contract to be enforced in the usual way, that is, by a fresh suit.").   This ruling renders the defendants' motion to strike (Doc. 241) **MOOT**.   The Court further **DIRECTS** the Clerk of Court to send this order to Woods.

**IT IS SO ORDERED.**
**DATED:   April 28, 2015**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**